YOUNG v. STATE.   (No. 4962.)

(Court of Criminal Appeals of Texas.   March 27, 1918.)

CRIMINAL LAW ☞1090(16) — APPEAL — REVIEW—RECORD.

Where the questions raised for revision in the motion for new trial are not verified by bills of exceptions and no statement of facts is contained in the record, the matters as presented are not reviewable, and the judgment must be affirmed.

Appeal from District Court, Smith County;  J. R. Warren, Judge.

---

Elijah Young was convicted of murder, and appeals. Affirmed.

E. B. Hendricks, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. Appellant was convicted of murder, his punishment being assessed at 40 years' confinement in the penitentiary.

There are several questions raised for revision in the motion for new trial, but they are not verified by bills of exception, and the statement of facts is not in the record. These matters, as presented, are not reviewable, and the judgment will be affirmed.

PRENDERGAST, J., not sitting.